

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR -1  P 3: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE LOUISIANA NURSING HOME ASSOCIATION ("LNHA"), et al | CIVIL ACTION  00-0636 |
| VERSUS | NO.: SECT. N  MAG. 5 |
| DAVID W. HOOD, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HOSPITALS FOR THE STATE OF LOUISIANA | SECTION: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION AND INCORPORATED MEMORANDUM
IN SUPPORT OF EXPEDITED CONSIDERATION
OF APPLICATION FOR PRELIMINARY INJUNCTION**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, the Louisiana Nursing Home Association ("LNHA"), et al., who respectfully move this Honorable Court to set the hearing on Plaintiffs' Application for Preliminary Injunction on an expedited basis for the following reasons:

Defendant, David Hood, individually and in his official capacity as Secretary of the Department of Health and Hospitals for the State of Louisiana, has proposed a 7% reduction in the

DATE OF ENTRY  MAR 6 2000

Medicaid reimbursement rates for private nursing facilities in Louisiana. This proposed reduction is scheduled to come into effect on March 1, 2000. The reduction was confected illegally and will cause immediate and irreparable harm to private nursing facilities and on their ability to furnish quality care to their patients consistent with myriad state and federal law. In addition, defendant has repetitively violated state and federal law with regard to implementation of reimbursement rates, breached provider agreements, and contravened the provisions of the Louisiana Medical Assistance Trust Fund.

Accordingly, Plaintiffs seek injunctive relief to prohibit defendant from implementing an illegally confected emergency rule and from continuing to violate the various laws outlined in plaintiffs' Application for Preliminary Injunction and Complaint for Permanent Injunction and Declaratory Relief. Because of the nature of the cuts to be implemented, plaintiffs request that hearing on the Preliminary Injunction be set as soon as practicable in order to minimize the potential harm to plaintiffs.

**WHEREFORE**, plaintiffs pray that their Application for Preliminary Injunction be set for hearing on an expedited basis.

Respectfully submitted:

Normand F. Pizza (8692), Trial Attorney
Peter Meisner (9410)
Alanna Arnold (20680)
Angela Adolph (23365)
Allison Bell (25571)
MILLING BENSON WOODWARD LLP
909 Poydras Street • Suite 2300
New Orleans, Louisiana   70112
PH: (504) 569-7000
FAX: (504) 569-7001

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE LOUISIANA NURSING HOME ASSOCIATION ("LNHA"), et al | CIVIL ACTION |
| VERSUS | NO.: |
| DAVID W. HOOD, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HOSPITALS FOR THE STATE OF LOUISIANA | SECTION: |

**************************************************************************

ORDER

Considering the foregoing motion,

IT IS ORDERED that Plaintiffs' Application for Preliminary Injunction shall be and hereby is set for hearing on March 22, 2000 at 10 AM. Plaintiffs' memoranda in support of preliminary injunctive relief shall be submitted no later than March 13, 2000. Opposition memoranda shall be submitted no later than March 20, 2000.

New Orleans, Louisiana, this 3 day of March, 2000.

_____
DISTRICT JUDGE